JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO HERNANDEZ
SOLARES,                          )      No. SACV 13-623 CAS (FFM)
                                  )
              Petitioner,         )
                                  )      JUDGMENT
       v.                         )
                                  )
TIMOTHY S. ROBBINS,               )
                                  )
              Respondent.         )
_____ )

       Pursuant to the Order Dismissing Action,

       IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED: May 23, 2013

                                         _____
                                         CHRISTINA A. SNYDER
                                         United States District Judge